MARTELLE & ASSOCIATES, P.A.
Martin Martelle (ISBN 3304)
5995 West State Street, Suite A
Boise, Idaho 83703
Telephone: (208) 938-8500

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JAMES C. HILLIARD,<br><br>Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL |

(1) Plaintiff is, and at all relevant times mentioned in this complaint was, a citizen of the State of California.

(2) Plaintiff demands a jury trial.

(3) Defendant is, and at all relevant times mentioned in this complaint was, a citizen of the State of Idaho.

(4) The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

(5) This court has original jurisdiction under 28 USC § 1332 in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars.

(6) On December 30, 2010, plaintiff and defendant entered into a Real Estate Option to Purchase Agreement (the "Option"), a true and correct copy of which is attached as **Exhibit "1"** and which is incorporated herein.

(7) The Option provides for a term of 6 years from December 30, 2010, within which defendant, as "Seller", grant[ed] to plaintiff, as "Buyer," the right to purchase the Property, as identified on Exhibit "A," on condition that plaintiff Buyer gives defendant Seller at least sixty (60) days advance written notice to Seller …of its intent to of such exercise ("Notice").

(8) On July 27, 2016 plaintiff gave Notice of his intent to exercise the Option. A true and correct copy of the Notice is attached as **Exhibit "2"** and which is incorporated herein.

(9) Before plaintiff gave Notice of his intent to exercise the Option attempted to secure from defendant "all payment and receipt documentation relating to such capital improvements" but defendant refused to provide such documentation.

(10) Plaintiff has done all things required of him under the Option and is excused from further performance.

(11) Defendant breached the Option by failing to comply with Sections 5 and 6 of the Option.

(12) Plaintiff has suffered foreseeable general damages as a result of defendant's breach of the Option in excess of $15,000,000.

//

Complaint for Breach of Contract                        Case No.:

Wherefore, plaintiff prays judgment as follows:

 (1) Damages for breach of the Option in the amount proven at trial in excess of $15,000,000.

 (2) For costs of suit incurred herein, including attorneys' fees pursuant to Section 25 of the Option; and

 (3) For such other and further relief as the Court deems just and proper

Dated:  September 14, 2021      MARTELLE & ASSOCIATES

               /s/Martin Martelle
              _____
              By: Martin Martelle
              Attorney for Plaintiffs

Complaint for Breach of Contract        Case No.: