5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

JAMES C. HILLIARD )
) Case No. 1:21-cv-00370-REP
)
v. ) APPLICATION FOR ADMISSION
MURPHY LAND COMPANY, LLC, an Idaho ) PRO HAC VICE
Limited Liability Company )
)
) Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, James L. Dawson, hereby applies for admission pro hac vice to appear and participate in this case on behalf of plaintiff James C. Hilliard.

The applicant hereby attests as follows:

1. Applicant resides in Santa Cruz, California, and practices at the following address and phone number Gates Eisenhart Dawson, 125 South Market Street, Suite 1200, San Jose, California 95113; Phone: (408) 288-8100.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
| --- | --- |
| California | January 14, 1977 |
| USDC Northern District of California | January 14, 1977 |
| USCA Ninth Circuit | June 5, 1981 |
| United States Supreme Court | October 6, 1986 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Martin Martelle, a member in good standing of the bar of this court, of the firm of MARTELLE & ASSOCIATES, P.A., practices at the following office address and phone number: 5995 West State Street, Suite A, Boise, Idaho 83703
Phone: (208) 938-8500

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 28 day of September, 2021.

_____   _____
Applicant                   Designee

Signed under penalty of perjury.