GATES EISENHART DAWSON
James L. Dawson (Pro Hac Vice) (Cal. SBN 73521)
125 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 288-8100
Email: jld@gedlaw.com

MARTELLE, BRATTON & ASSOCIATES
Martin Martelle (ISBN 3304)
380 West State Street
Eagle, Idaho 83616
Telephone: (208) 938-8500

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JAMES C. HILLIARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company<br><br>    Defendant. | Case No. 1:21-cv-00370-REP<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on October 11, 2021, the SUMMONS and COMPLAINT were personally served on Defendant, Murphy Land Company, LLC, as indicated in the attached EXHIBIT A.

Dated:  October 20, 2021

GATES EISENHART DAWSON

_____
By: James L. Dawson
Attorneys for Appellant
James C. Hilliard