EXHIBIT A

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Idaho

Case Number: 121 CV 00370 REP

Plaintiff:
**Hillard, James C.**

vs.

Defendant:
**Murphy Land Company, LLC, an Idaho Limited Liability Company**

For:
James Dawson
Gates Eisenhart Dawson
125 South Market St., Ste. 1200
San Jose, CA 95113

Received by County Process Service, Inc. on the 8th day of October, 2021 at 8:47 am to be served on **Murphy Land Company, Llc, An Idaho Limited Liability Company.**

I, Christie Harsh, do hereby affirm that on the **11th day of October, 2021 at 1:46 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons; Complaint; Notice of Order Allowing Appearance of James L. Dawson as Counsel for Plaintiff Pro Hac Vice** with the date and hour of service endorsed thereon by me, to: **Agent: Steven Schossberger as Registered Agent** at the address of: **1205 Iron Eagle Dr. Ste B, Eagle, ID 83616** on behalf of **Murphy Land Company, Llc, An Idaho Limited Liability Company**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the State of California, County of Santa Clara.

*[Signature]*
Christie Harsh

County Process Service, Inc.
31 E. Julian Street
San Jose, CA 95112
(408) 297-6070

Our Job Serial Number: COP-2021011703
Service Fee: $200.00